United States Bankruptcy Court
District of Connecticut

In re:  
Christine A. Nunes  
    Debtor

Case No. 17-20189-jjt  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0205-2      User: lwatson      Page 1 of 3  
Date Rcvd: Jan 21, 2021      Form ID: zoomclrk      Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christine A. Nunes, 184 Hollister Street, Manchester, CT 06042-3271 |
| cr | + | U.S. Bank Trust National Association, as Trustee o, 7114 E. Stetson Drive, Suite 250, Scottsdale, AZ 85251-3264 |
| 8690651 | + | Beneficial Financial, 26525 N Riverwoods Blvd, STE 100, Mettawa, IL 60045-3439 |
| 8690652 | + | Big Y Prevention Dept, PO Box 7840, 2145 Roosevelt Ave, Springfield, MA 01104-1650 |
| 8749899 | | CAPITAL ONE, N.A., C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN PA 19355-0701 |
| 8690659 | + | Fact LLC, 130 Old Town Rd, Vernon Rockville, CT 06066-2322 |
| 8690654 | ++ | GREENTREE SERVICING LLC, BANKRUPTCY DEPARTMENT, P O BOX 6154, RAPID CITY SD 57709-6154 address filed with court:, Conseco Finance, 300 Landmark Towers, 345 St Peter Street, Saint Paul, MN 55102 |
| 8690660 | + | Hunt Leibert & Jacobson PC, 50 Weston Street, Hartford, CT 06120-1504 |
| 8690661 | + | ICS Systems, P.O. Box 64378, 444 Highway 96 East, St. Paul, MN 55127-2557 |
| 8690664 | + | Liberty Point Corporation, 5635 N Scottsdale Rd, Ste 100, Scottsdale, AZ 85250-5903 |
| 8690665 | + | London & London, 48 Christian Lane, Newington, CT 06111-5437 |
| 8690667 | + | Northeastern Credit Services, 117 Hartford Turnpike, Tolland, CT 06084-2819 |
| 8690668 | | One Advantage LLC, PO Box 025437, Miami, FL 33102-5437 |
| 8690670 | + | QCS, PO Box 4699, Petaluma, CA 94955-4699 |
| 8690671 | | Rab Peformance Recoveries, 19 Forest Avenue, Paramus, NJ 07652 |
| 8690672 | + | Secr. of Housing & Urban Devel, US Attorney General Office, 450 Main Street, Hartford, CT 06103-3022 |
| 8690673 | | T-Mobile, c/o Bay Area Credit Service, 50 Airport Parkway Suite 100, San Jose, CA 95110 |
| 8690674 | + | Town of Manchester, Water Department, 41 Center Street, PO Box 191, Manchester, CT 06045-0191 |
| 8776333 | + | Town of Manchester-Tax Dept., 41 Center Street, PO Box 191, Manchester, CT 06045-0191 |
| 9244773 | + | U.S. Bank Trust N.A., as Trustee of the Igloo, c/o Derek A. Castello, Esq., Demerle Hoeger LLP, 10 City Square, 4th Floor, Boston, MA 02129-3740 |
| 9241745 | + | U.S. Bank Trust NA, as Trustee of the Igloo, c/o Derek A. Castello, Demerle Hoeger LLP, 10 City Square, 4th Floor, Boston, MA 02129-3740 |
| 8852543 | + | U.S. Bank Trust National Association, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038-2480 |
| 9113135 | + | U.S. Bank Trust National Association, as Trustee, c/o Stephanie E. Babin, Esq., Sassoon and Cymrot, LLP, 84 State Street, Suite 820, Boston, MA 02109-2210 |
| 8690676 | + | Unifund Corporation, 10625 Techwoods Circle, Cincinnati, OH 45242-2846 |
| 8755484 | | Wilmington Trust National Assoc., solely as trustee for VM Trust Series 2, c/o Shellpoint Mortgage Servicing, PO BOX 10826, Greenville, SC 29603-0826 |
| 8690677 | | Wydham Vacation Resorts, PO Box 98940, Las Vegas, NV 89193-8940 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 8695267 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 21 2021 18:42:32 | American InfoSource LP as agent for, T Mobile/T-Mobile USA Inc, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 8690653 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 21 2021 18:41:59 | Capital One Bank, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 8690655 | + | Email/Text: convergent@ebn.phinsolutions.com | Jan 21 2021 18:28:00 | Convergent, 800 SW 39th Street, Pox 9004, |

Case 17-20189  Doc 128  Filed 01/23/21  Entered 01/24/21 00:20:49  Page 2 of 4

| District/off: 0205-2 | User: lwatson | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 21, 2021 | Form ID: zoomclrk | Total Noticed: 40 |

| | | | | |
|---|---|---|---|---|
| | | | | Renton, WA 98057-4927 |
| 8690656 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 21 2021 18:29:00 | Credit Collection Service, 725 Canton St, Norwood, MA 02062-2679 |
| 8690657 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 21 2021 18:42:04 | CreditOne Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 8690662 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 21 2021 18:41:57 | JPMorgan Chase Bank, 7757 Bayberry Rd, Jacksonville, FL 32256 |
| 8690663 | | Email/Text: PBNCNotifications@peritusservices.com | Jan 21 2021 18:28:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 8737463 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 21 2021 18:28:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 8690666 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 21 2021 18:28:00 | Midland Funding LLC, 2365 Northside Driver, Suite 300, San Diego, CA 92108-2709 |
| 8690669 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 21 2021 18:42:56 | Portfolio Recovery, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541 |
| 8700599 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 21 2021 18:41:05 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 8801535 | + | Email/Text: mary@rabperformance.com | Jan 21 2021 18:29:00 | RAB Performance Recoveries, LLC, 700 KINDERKAMACK ROAD, SUITE 211, ORADELL, NJ 07649-1533 |
| 8700820 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 21 2021 18:41:54 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 8690675 | | Email/Text: CollectionsCompliance@firstdata.com | Jan 21 2021 18:29:00 | TRS Recovery Services, 14141 SW Freeway, Sugar Land, TX 77478 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank Trust National Association, as Trustee o |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, P.O. Box 41021, Norfolk, VA 23541-1021 |
| 8690658 | ## | Ditech Financial LLC, 7360 SOuth Kyrene Road, Tempe, AZ 85283-4583 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 23, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2021 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0205-2 | User: lwatson | Page 3 of 3 |
| Date Rcvd: Jan 21, 2021 | Form ID: zoomclrk | Total Noticed: 40 |

| Name | Email Address |
|---|---|
| Derek A. Castello | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Igloo Series III Trust as serviced by BSI Financial Services bankruptcy@dhnewengland.com, dcastello@dhnewengland.com |
| Jonathan G. Cohen | on behalf of Debtor Christine A. Nunes jgcohen@yahoo.com r46021@notify.bestcase.com |
| Patrick Crook | on behalf of Trustee Molly T. Whiton pcrook@ch13rn.com |
| Patrick Crook | on behalf of Trustee Roberta Napolitano pcrook@ch13rn.com |
| Roberta Napolitano | notices@ch13rn.com rnapolitano13@ecf.epiqsystems.com |
| Roberta Napolitano | on behalf of Trustee Roberta Napolitano rnapolitano@ch13rn.com rnapolitano13@ecf.epiqsystems.com |
| Stephanie E. Babin | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Igloo Series III Trust as serviced by BSI Financial Services SBabin@DHNewEngland.com, Bankruptcy@DHNewEngland.com;RDemerle@DHNewEngland.com;sbabinecf@gmail.com |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

TOTAL: 8

# United States Bankruptcy Court

### District of Connecticut



Filed and Entered
On Docket
January 21, 2021

In re:
    Christine A. Nunes
    Debtor*

Case Number: 17−20189
Chapter: 13

### Clerk's Notice of ZoomGov Instructions Regarding Scheduled Hearing

The scheduled hearing or conference before the Honorable James J. Tancredi on March 18, 2021 will be conducted over the ZoomGov platform.

If you are the debtor, CM/ECF Filer, or CM/ECF User and will be participating in the above scheduled hearing, at least THREE business days before the scheduled hearing, you must contact the Clerk's Office for instructions to connect to the ZoomGov remote hearing by sending an email to the following court email address: CalendarConnect_HTD@ctb.uscourts.gov. If you do not have an email address, you may call the Clerk's Office at (860)240−3675 for the instructions.

**PUBLIC ACCESS TO REMOTE HEARING−LISTEN ONLY**: If you are **not a Remote Hearing Participant** but would like to listen to the hearing, please use the court hearing conference line at 1−877−336−1839 and input the Access Code: 8852665 when prompted.

Dated: January 21, 2021

For the Court

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240−3675
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form zoomclrk − lbw