**Fill in this information to identify the case:**

Debtor 1 Christine A. Nunes

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: District of Connecticut

Case number 17-20189-JJT

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, et al        **Court claim no.** (if known): 6-1

**Last 4 digits** of any number you use to identify the debtor's account: 5 0 6 0

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: ___/___/___

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | 8-12-20, 10-29-20, 11-23-20, 11-30-20 | (3) | $ 420.00 |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify:_____ | | (11) | $ _____ |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Christine A. Nunes | Case number (if known) | 17-20189-JJT |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❑ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Derek A. Castello, Esq.    ct#30981
Signature

Date: 01/26/2021

Print: Derek A. Castello, Esq.    ct#30981
First Name   Middle Name   Last Name

Title: Attorney

Company: Demerle Hoeger LLP

Address: 10 City Square, 4th Floor
Number   Street
Boston    MA    02129
City    State    ZIP Code

Contact phone: (617) 337-4444

Email: Bankruptcy@DHNewEngland.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| In re:<br><br>CHRISTINE A. NUNES,<br><br>    Debtor. | Chapter 13<br>Case No. 17-20189-JJT |
|---|---|

**CERTIFICATE OF SERVICE**

I, Derek A. Castello, Esq. of the law firm of Demerle Hoeger LLP, hereby certify that I have, on this 26th day of January, 2021, served on behalf of U.S. Bank Trust N.A., as Trustee of the Igloo Series III Trust, as serviced by BSI Financial Services, a <u>Notice of Postpetition Mortgage Fees, Expenses, and Charges</u> and this <u>Certificate of Service</u> by causing copies hereof to be sent by electronic mail via the Case Management / Electronic Case Files (ECF) system and by first-class U.S. mail (M) to all parties not appearing electronically but entitled to service per the Federal Rules of Bankruptcy Procedure.

| Christine A. Nunes<br>184 Hollister Street<br>Manchester, CT 06042 (M) | Jonathan G. Cohen<br>2 Congress Street<br>Hartford, CT 06114 (ECF) |
|---|---|
| Roberta Napolitano<br>10 Columbus Boulevard, 6th Floor<br>Hartford, CT 06106 (ECF) | Patrick Crook<br>10 Columbus Boulevard, 6th Floor<br>Hartford, CT 06106 (ECF) |

/s/ Derek A. Castello
Derek A. Castello, Esq.